# United States Court of Appeals
## For the First Circuit

---

No. 99-1839

DONALD K. STERN,

Plaintiff, Appellant,

v.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, ET AL.,

Defendants, Appellees.

---

ERRATA SHEET

The opinion of this Court issued on April 12, 2000
is corrected as follows:

On cover sheet, replace appellee "Arnold R. Rosenfeld"
with "Daniel C. Crane".

On page 7, footnote 1, lines 2-3, replace "Arnold R.
Rosenfeld" with "Daniel C. Crane".

On page 34, lines 18-19, replace "(11th Cir. 1999)" with
"(11th Cir.), cert. denied, 120 S. Ct. 212 (1999)".